IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                Plaintiff,

                                            Case No. 14-cv-825

     v.

LORI L. RAYMOND,

                Respondent.

## ORDER TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

A copy of the petition and order to show cause having been served on respondent on December 17, 2014, and the respondent having failed to file a written response to the petition within the time period allowed by the order to show cause,

IT IS HEREBY ORDERED that the respondent appear before Revenue Officer or designee at a time and place to be agreed upon mutually for the purpose of giving testimony concerning the tax liabilities of Lori L. Raymond, for the taxable years 2002 through 2007, and then and there produce for examination and/or photostatic copying or other mechanical means of reproduction, the following:

    All books, papers, records or other documents demanded in the Internal Revenue Service summonses served upon respondent on September 25, 2014.

The examination shall continue from day to day until completed.

In the event the Revenue Officer and the respondent cannot agree mutually upon a time and place, then the respondent is ordered to appear at the office of Ryan Anderson, Internal Revenue Service, 10208 Park Plaza, Suite C, Rothschild, WI 54474-

7948, telephone number 715/355-4403, at a time designated by the Revenue Officer, notice of said time and place to be given to the respondent by means of a certified letter mailed to the respondent at his or her last known business address at least ten (10) days prior to the date set by the Revenue Officer or his or her designee.

Dated this 2ND day of FEBRUARY, 2015.

BY THE COURT:

HON. JAMES D. PETERSON
United States District Judge
Western District of Wisconsin